# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JERRY LEE WARNER, #84411**                                              **PLAINTIFF**

**versus**                                          **CIVIL ACTION NO. 5:08-cv-294-DCB-MTP**

**CHRISTOPHER EPPS, et al.**                                             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

This the 22nd day of December 2008.

                                            s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE